# NO. 12-18-00209-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF V.N.G.,* | § | *APPEAL FROM THE 349TH* |
| | § | *JUDICIAL DISTRICT COURT* |
| *A CHILD* | § | *HOUSTON COUNTY, TEXAS* |

---

### MEMORANDUM OPINION
### PER CURIAM

Appellant, D.D., acting pro se, filed a motion to dismiss this appeal. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a).

Opinion delivered September 26, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 26, 2018**

**NO. 12-18-00209-CV**

**IN THE INTEREST OF V.N.G., A CHILD**

Appeal from the 349th District Court

of Houston County, Texas (Tr.Ct.No. 16-0146)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*